1  AARON D. FORD
     Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for Interested Party*
   *Nevada Department of Corrections*
8

9                    UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11 | JAMES MYERS                          | Case No. 2:23-cv-01565-GMN-MDC |

12                 Plaintiff,

13   v.                                   **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
14 NEVADA DEPARTMENT OF
   CORRECTIONS, *et al.*,
15
                   Defendants.
16

17
       Plaintiff, James Myers, and Interested Party, Nevada Department of Corrections, by
18
   and through counsel, Aaron D. Ford, Nevada Attorney General, Nathan M. Claus, Deputy
19
   Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate
20
   and agree that this matter be dismissed with prejudice by Order of this Court, each party
21
   to bear their own attorney's fees and costs.
22

23 DATED this 27 of September 2024.    DATED this 27th of September, 2024.
24                                      AARON D. FORD
                                        Attorney General
25
   By: _____        By: /s/ Nathan M. Claus
26 James Myers, # #60234               Nathan M. Claus, Esq. (Bar No. 15889)
   *Plaintiff, pro se*                 Deputy Attorney General
27
                                       *Attorneys for Defendants*
28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on _____, 2024, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> James Myers #60234
> Ely State Prison
> 4569 NV-490
> Ely, NV 89301
> *Plaintiff, Pro Se*

/s/ *Kimalee Goldstein*
Kimalee Goldstein, Employee of the Office
of the Nevada Attorney General

**IT IS SO ORDERED.**
Dated this __29__ day of October, 2024.

Gloria M. Navarro
United States District Judge